IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | Case No. 26-50747-LRC |
| JEKYLL BREWING GAINESVILLE, LLC, | Chapter 7 |
| Debtor. | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

Casey L. Frew, Esq. of Clark Hill PLC hereby enters her appearance as counsel for Creditor, Synovus Bank, in the above-referenced action. Please direct all further orders, notices, pleadings and other papers in this matter to Casey L. Frew at the email and address listed below.

Respectfully submitted this 23rd day of January, 2026.

*/s/ Casey L. Frew*
Casey L. Frew
Ga. Bar #753765
cfrew@clarkhill.com

CLARK HILL PLC
3630 Peachtree Road, NE #700
Atlanta, Georgia 30326
470-845-0221    Telephone
678-370-4358    Facsimile

*Counsel for Synovus Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I filed the foregoing with the Court's CM/ECF filing system which will serve electronic copies upon all counsel of record.

This 23rd day of January, 2026.

|  |  |
|---|---|
|  | */s/ Casey L. Frew* |
|  | Casey L. Frew |
| CLARK HILL PLC | Ga. Bar #753765 |
| 3630 Peachtree Road, NE #700 | cfrew@clarkhill.com |
| Atlanta, Georgia 30326 |  |
| 470-845-0221   Telephone |  |
| 678-370-4358   Facsimile | *Counsel for Synovus Bank* |

285964115