## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Jekyll Brewing Gainesville, LLC**
2929 Savannah Walk Lane
Suwanee, GA 30024

**86−3906013**

Case No.: **26−50747−bem**
Chapter: **7**
Judge: **Barbara Ellis−Monro**

## NOTICE OF CASE REASSIGNMENT

Notice is hereby given that this case has been reassigned to the **Honorable Barbara Ellis−Monro**.

_Vania S. Allen_
Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated: February 17, 2026

Form 301